In the Matter of the Construction of the Will of FRANK J. BARNMAKER, Deceased. MARY HAMM, Appellant; AUGUSTUS C. NELSON et al., Respondents.

Argued October 9, 1951; decided October 19, 1951.

*Walter S. Forsyth* for appellant.

*Augustus C. Nelson,* executor, respondent in person.

*Howard E. Marshall, Jr.,* special guardian for Donald P. Shaffer, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE, FULD and FROESSEL, JJ. Dissenting: DESMOND, J.